# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IRENE MICHELLE SCHWARTZ-TALLARD, | Case No. 2:17-cv-02328-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 4) |
| HSBC BANK USA, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to extend the deadline for Defendants to respond to the complaint. Docket No. 4.[1] Defendants represent that Plaintiff's counsel has agreed to the relief sought. *See id.* at 2. For good cause shown, the motion is **GRANTED** and the deadline is extended to September 26, 2017.

IT IS SO ORDERED.

DATED: September 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The motion is incorrectly labeled as seeking "ex parte" relief. An ex parte motion is a one that "is filed with the court but is not served on the opposing or other parties." Local Rule IA 7-2(a). As evidenced by the proof of service, this motion was served on Plaintiff. *See* Docket No. 4 at 4.