Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
          bgriffith@swlaw.com

*Attorneys for HSBC Bank USA, National Association and Wells
Fargo, N.A.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRENE MICHELLE SCHWARTZ-TALLARD, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, National Association, WELLS FARGO, N.A. its Assignees and/or Successors, and DOES I through X inclusive,<br><br>            Defendants. | Case No. 2:17-CV-02328-RFB-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER COMPLAINT TO OCTOBER 3, 2017**<br><br>**(Second Request)** |

This *Stipulation to Extend Deadline for Defendants to Answer Complaint* ("Stipulation")

is entered into as of the date below by and between HSBC Bank USA, National Association,

("HSBC"); Wells Fargo Bank, N.A. ("Wells Fargo"); and Wells Fargo Bank, N.A. ("Wells

Fargo", together with HSBC, "Defendants"), by and through their counsel, Snell & Wilmer L.L.P.

and Irene Michelle Schwartz-Tallard ("Plaintiff" and together with Defendants, the "Parties"),

hereby stipulate to extend the deadline for Defendants to answer or otherwise respond to

Plaintiff's Complaint from September 26, 2017 to October 3, 2017.

Plaintiff filed a *Complaint* ("Complaint") in District Court, Clark County, Nevada, Case

No. A-17-759272-C, on August 1, 2017.

4837-4591-8800

Defendants were served with the Complaint on August 1, 2017.

Defendants timely filed a *Petition for Removal* [ECF No. 1] in U.S. District Court, District of Nevada on September 5, 2017;

Defendants filed a *Notice of Removed Action* District Court, Clark County, Nevada, Case No. A-17-759272-C, on September 5, 2017;

On September 12, 2017, Defendants filed an *Ex Parte Motion to Extend Deadline for Defendants to Answer Complaint* ("Motion") [ECF No. 5] extending the deadline to respond to the Complaint to September 26, 2017;

The Court issued an Order granting the Motion on September 13, 2017 [ECF No. 5];

The Parties agreed to extend the deadline for Defendants to answer or otherwise respond to Plaintiffs' Complaint from September 26, 2017 to October 3, 2017.

This is the Parties' second request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give the Defendants time to evaluate and respond to the allegations set forth in the Complaint.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Snell & Wilmer
L.L.P.
LAW OFFICES
1883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4837-4591-8800

WHEREAS, the Parties stipulate and agree as follows:

Defendants shall have until October 3, 2017 to answer the Complaint.

Dated: September 25, 2017.                    Dated: September 25, 2017.

SNELL & WILMER L.L.P.


By:  ___/s/ Blakeley E. Griffith_____          By:  ___/s/ Michael J. Harker_____
    Amy F. Sorenson (NV Bar No. 12495)                 Michael J. Harker (NV Bar No. 5353)
    Blakeley E. Griffith (NV Bar No. 12386)            2901 El Camino Ave. #200
    3883 Howard Hughes Parkway, Suite 1100             Las Vegas, NV 89102
    Las Vegas, NV 89169                                Telephone: (702) 248-3000
    Telephone: (702) 784-5200                          Facsimile: (702) 425-7290
    Facsimile: (702) 784-5252                          *Attorney for Plaintiff*
    *Attorneys for HSBC Bank USA, National*
    *Association and Wells Fargo, N.A.*


## ORDER

IT IS HEREBY ORDERED that the deadline for Defendants HSBC Bank USA, National Association and Wells Fargo Bank, N.A. to Answer or otherwise respond to Plaintiff's Complaint shall be **October 3, 2017**. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

DATED this __26th__ day of September 2017.


_____
UNITED STATES MAGISTRATE JUDGE

- 3 -

4837-4591-8800

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200