**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRENE MICHELLE SCHWARTZ-TALLARD, an individual<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, National Association, WELLS FARGO, N.A., its Assignees and/or Successors and DOES I through X inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-02328-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO ANSWER DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

This Stipulation to Extend Deadline for Plaintiff to Answer Defendants Motion to Dismiss is entered into as of the date below by and between HSBC Bank USA, National Association, (HSBC); Wells Fargo Bank, N.A. ("Wells Fargo"); and Wells Fargo Bank, N.A. "Wells Fargo", together with HSBC, Defendants", By and through their counsel, Snell & Wilmer L.L.P., and Irene Michelle Schwartz-Tallard ("Plaintiff") and together with Defendants, (the Parties"), hereby stipulate to extend the deadline for Plaintiff to file an Opposition to Defendant's Motion to Dismiss from October 17, 2017 to October 31, 2017. Defendants filed the Motion to Dismiss on or about October 3, 2017.

This is the parties first request for an extension of time to oppose the Motion to Dismiss and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give the Plaintiff more time to evaluate and respond to the points and authorities set forth in the Motion to Dismiss.

/ / /

1  tallard.stip&ord10.17.mw.wpd

**WHEREAS** the parties stipulate and agree as follows:

Plaintiff shall have until October 31, 2017 to respond to Defendant's Motion to Dismiss Complaint.

**IT IS SO STIPULATED**.

Dated October 17, 2017                                    Dated October 17, 2017

Submitted by:                                             Approved By:
The Law Office of Michael J. Harker, Esq.                 Snell & Wilmer L.L.P.

/s/ Michael J. Harker                                     /s/ Blakeley E. Griffith
**MICHAEL J. HARKER, ESQ.**                               **BLAKELEY E. GRIFFITH, ESQ.**
**Nevada Bar No.: 005353**                                **Nevada Bar No.: 012386**
2901 El Camino Ave., Suite 200                            3883 Howard Hughes Parkway, #1100
Las Vegas, NV 89102                                       Las Vegas, NV 89169
(702) 248-3000                                            (702) 784-5200
Attorney for Plaintiff                                    Attorney for Defendant

## ORDER

**IT IS HEREBY ORDERED** that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss shall be October 31, 2017.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2017

_____
RICHARD F. BOULWARE, II
United States District Judge