Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
bgriffith@swlaw.com

*Attorneys for HSBC Bank USA, National Association
and Wells Fargo, N.A.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRENE MICHELLE SCHWARTZ-TALLARD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, National Association, WELLS FARGO, N.A. its Assignees and/or Successors, and DOES I through X inclusive,<br><br>Defendants. | Case No. 2:17-CV-02328-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(First Request)** |

This *Stipulation to Extend Deadline to Respond to Motion for Preliminary Injunction (First Request)* ("Stipulation") is entered into as of the date below by and between HSBC Bank USA, National Association, ("HSBC"); and Wells Fargo, N.A. and Wells Fargo Bank, N.A. (collectively, "Wells Fargo", and together with HSBC, "Defendants"), by and through their counsel, Snell & Wilmer L.L.P., and Irene Michelle Schwartz-Tallard, by and through her counsel, Michael J. Harker, Esq. ("Plaintiff" and together with Defendants, the "Parties"), based on the following:

WHEREAS, on September 13, 2018, Plaintiff filed a *Motion for Preliminary Injunction* [ECF No. 33] ("Motion");

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

WHEREAS, Defendants' response to the Motion is currently due September 21, 2018;

WHEREAS, this is the Parties' first request for an extension of time to respond to the Motion and is not intended to cause any delay or prejudice to any party. The Parties have agreed to a two-week extension for Defendants' to file their response to the Motion, or until October 5, 2018. The reason for the extension is to give the Defendants additional time to evaluate and respond to the Motion and is not intended to cause any delay or prejudice to any party.

NOW, THEREFORE, subject to Court approval, the Parties stipulate and agree that Defendants shall have until October 5, 2018 to respond to the Motion.

**IT IS SO STIPULATED.**

Dated: September 18, 2018.

SNELL & WILMER L.L.P.

By: /s/ Blakeley E. Griffith
Amy F. Sorenson (NV Bar No. 12495)
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for HSBC Bank USA, National Association and Wells Fargo, N.A.*

Dated: September 18, 2018.

By: /s/ Michael J. Harker
Michael J. Harker (NV Bar No. 5353)
2901 El Camino Ave. #200
Las Vegas, NV 89102
Telephone: (702) 248-3000
Facsimile: (702) 425-7290
*Attorney for Plaintiff*

## **ORDER**

**IT IS HEREBY ORDERED** that the deadline for Defendants HSBC Bank USA, National Association and Wells Fargo Bank, N.A. to respond to Plaintiff's Motion for Preliminary Injunction shall be **October 5, 2018**.

**IT IS SO ORDERED.**

DATED: September 19, 2018

_____
RICHARD F. BOULWARE, II
United States District Court

- 2 -

4813-7032-1011

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION (First Request)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 18th day of September 2018.

*/s/ Jill Math*
An Employee of Snell & Wilmer L.L.P.

4813-7032-1011