MICHAEL J. HARKER, ESQ.
Nevada Bar No. 005353
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRENE MICHELLE SCHWARTZ-TALLARD, an individual<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, National Association, WELLS FARGO, N.A., its Assignees and/or Successors and DOES I through X inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-02328-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(First Request)** |

This Stipulation to Extend Deadline for Plaintiff to reply to Defendant's Opposition to Motion for Preliminary Injnction is entered into as of the date below by and between HSBC Bank USA, National Association, (HSBC); Wells Fargo Bank, N.A. ("Wells Fargo"); and Wells Fargo Bank, N.A. "Wells Fargo", together with HSBC, Defendants", By and through their counsel, Snell & Wilmer L.L.P., and Irene Michelle Schwartz-Tallard ("Plaintiff") and together with Defendants, (the Parties"), hereby stipulate to extend the deadline for Plaintiff to file said pleading from October 12, 2018 to October 19, 2018.

This is the parties first request for an extension of time and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give the Plaintiff more time to evaluate and respond to the points and authorities set forth in the Opposition to Motion for Preliminary Injunction.

/ / /

WHEREAS the parties stipulate and agree as follows:

Plaintiff shall have until October 19, 2018 to reply to Defendants' Opposition to Motion for Preliminary Injunction.

**IT IS SO STIPULATED.**

Dated October 12, 2018

Submitted by:
The Law Office of Michael J. Harker, Esq.

/s/ Michael J. Harker
**MICHAEL J. HARKER, ESQ.**
**Nevada Bar No.: 005353**
2901 El Camino Ave., Suite 200
Las Vegas, NV 89102
(702) 248-3000
Attorney for Plaintiff

Dated October 12, 2018

Approved By:
Snell & Wilmer L.L.P.

/s/ Blakeley E. Griffith
**BLAKELEY E. GRIFFITH, ESQ.**
**Nevada Bar No.: 012386**
3883 Howard Hughes Parkway, #1100
Las Vegas, NV 89169
(702) 784-5200
Attorney for Defendant

## ORDER

**IT IS HEREBY ORDERED** that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss shall be October 19, 2018.

**IT IS SO ORDERED,** *nun pro tunc.*

Dated this 15th day of October, 2018

_____
RICHARD F. BOULWARE, II
United States District Judge