**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IRENE MICHELLE SCHWARTZ-TALLARD, an individual<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, National Association, WELLS FARGO, N.A., its Assignees and/or Successors and DOES I through X inclusive,<br><br>Defendants. | CASE NO: 2:17-cv-02328-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

This Stipulation to Extend Deadline for Plaintiff to reply to Defendant's Motion for Summary Judgment is entered into as of the date below by and between HSBC Bank USA, National Association, (HSBC); Wells Fargo Bank, N.A. ("Wells Fargo"); and Wells Fargo Bank, N.A. "Wells Fargo", together with HSBC, Defendants", By and through their counsel, Snell & Wilmer L.L.P., and Irene Michelle Schwartz-Tallard ("Plaintiff") and together with Defendants, (the Parties"), hereby stipulate to extend the deadline for Plaintiff to file said pleading from March 20, 2019 to April 9, 2019.

This is the parties second request for an extension of time and is not intended to cause any delay or prejudice to any party. The reason for the extension is counsel is asking for an additional six days due to family commitments which had him out of the office for some extended time.

/ / /

1

tallard.stip&ord04.19.mw.wpd

**WHEREAS** the parties stipulate and agree as follows:

Plaintiff shall have until April 9, 2019 to reply to Defendants Motion for Summary Judgment.

**IT IS SO STIPULATED**.

Dated April 3, 2019                                  Dated April 3, 2019

Submitted by:                                        Approved By:
The Law Office of Michael J. Harker, Esq.            Snell & Wilmer L.L.P.

/s/ Michael J. Harker                                /s/ Blakeley E. Griffith
**MICHAEL J. HARKER, ESQ.**                          **BLAKELEY E. GRIFFITH, ESQ.**
**Nevada Bar No.: 005353**                           **Nevada Bar No.: 012386**
2901 El Camino Ave., Suite 200                       3883 Howard Hughes Parkway, #1100
Las Vegas, NV 89102                                  Las Vegas, NV 89169
(702) 248-3000                                       (702) 784-5200
Attorney for Plaintiff                               Attorney for Defendants

## ORDER

**IT IS HEREBY ORDERED** that the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment shall be April 9, 2019.

**IT IS SO ORDERED.**

Dated this  5th  day of April   , 2019

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE