1 Amy F. Sorenson, Esq.
Nevada Bar No. 12495
2 Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
3 SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
4 Las Vegas, Nevada 89169
Telephone: 702.784.5200
5 Facsimile: 702.784.5252
asorenson@swlaw.com
6 bgriffith@swlaw.com
*Attorneys for Defendants HSBC Bank USA,*
7 *National Association as Trustee for Nomura*
*Asset Acceptance Corporation, Mortgage*
8 *Pass-Through Certificates, Series 2006-AF2*
*and Wells Fargo, N.A.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IRENE MICHELLE SCHWARTZ-TALLARD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, National Association, WELLS FARGO, N.A. its Assignees and/or Successors, and DOES I through X inclusive,<br><br>Defendants. | Case No. 2:17-cv-02328-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION FOR DEFENDANTS TO FILE ITS REPLY TO PLAINTIFF IRENE MICHELLE SCHWARTZ-TALLARD'S RESPONSE [ECF NO. 64] TO DEFENDANTS' MOTION FOR SUMARY JUDGMENT [EFC NO. 56]**<br><br>**(First Request)** |

Plaintiff Irene Michelle Schwartz-Tallard ("Plaintiff") and Defendants HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2006-AF2 and Wells Fargo, N.A. (collectively "Defendants"), by and through their respective counsel, hereby stipulate to allow Defendants to extend the time to file its reply to Plaintiff's response [ECF No. 64] to Defendants' Motion for Summary Judgment [ECF No. 56] from April 23, 2019 to **May 7, 2019.**

///

4813-4754-8820

The reason for the extension is not for purposes of delay but rather, is due to the workload of Defendants' counsel. This is the Parties' first request for an extension of this deadline.

Dated: April 22, 2019.

SNELL & WILMER L.L.P.

By: */s/ Blakeley E. Griffith*
    Amy F. Sorenson (NV Bar No. 12495)
    Blakeley E. Griffith (NV Bar No. 12386)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
*Attorneys for Defendants HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2006-AF2 ("HSBC") and Wells Fargo, N.A.*

Dated: April 22, 2019.

LAW OFFICE OF MICHAEL J. HARKER

By: */s/ Michael J. Harker*
    Michael J. Harker (NV Bar No. 005353)
    2901 El Camino Avenue, Suite 200
    Las Vegas, NV 89102
    Telephone: (702) 248-3000
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of April, 2019.

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2019, I electronically filed the foregoing **STIPULATION AND ORDER FOR EXTENSION FOR DEFENDANTS TO FILE ITS REPLY TO PLAINTIFF IRENE MICHELLE SCHWARTZ-TALLARD'S RESPONSE [ECF NO. 64] TO PLAINTIFF'S MOTION FOR SUMARY JUDGMENT [ECF NO. 56] (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 22 day of April 2019.

*/s/Gaylene Kim*
An employee of SNELL & WILMER L.L.P.

4813-4754-8820

- 3 -