Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
asorenson@swlaw.com
bgriffith@swlaw.com
*Attorneys for Defendants HSBC Bank USA,
National Association as Trustee for Nomura
Asset Acceptance Corporation, Mortgage
Pass-Through Certificates, Series 2006-AF2
and Wells Fargo, N.A.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IRENE MICHELLE SCHWARTZ-TALLARD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, National Association, WELLS FARGO, N.A. its Assignees and/or Successors, and DOES I through X inclusive,<br><br>Defendants. | Case No. 2:17-cv-02328-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION FOR DEFENDANTS TO FILE ITS REPLY TO PLAINTIFF IRENE MICHELLE SCHWARTZ-TALLARD'S RESPONSE [ECF NO. 64] TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [EFC NO. 56]**<br><br>**(Second Request)** |

Plaintiff Irene Michelle Schwartz-Tallard ("Plaintiff") and Defendants HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2006-AF2 and Wells Fargo, N.A. (collectively "Defendants"), by and through their respective counsel, hereby stipulate to allow Defendants to extend the time to file its reply to Plaintiff's response [ECF No. 64] to Defendants' Motion for Summary Judgment [ECF No. 56] from May 7, 2019 to **May 14, 2019.**

///

4816-6557-0710

The reason for the extension is not for purposes of delay but rather, is due to the workload of Defendants' counsel.  This is the Parties' second request for an extension of this deadline.

| | |
|---|---|
| Dated:  May 6, 2019. | Dated:  May 6, 2019. |
| SNELL & WILMER L.L.P. | LAW OFFICE OF MICHAEL J. HARKER |
| By:    */s/ Blakeley E. Griffith*<br>    Amy F. Sorenson (NV Bar No. 12495)<br>    Blakeley E. Griffith (NV Bar No. 12386)<br>    3883 Howard Hughes Parkway, Suite 1100<br>    Las Vegas, NV 89169<br>*Attorneys for Defendants HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2006-AF2 ("HSBC") and Wells Fargo, N.A.* | By:    */s/ Michael J. Harker*<br>    Michael J. Harker (NV Bar No. 005353)<br>    2901 El Camino Avenue, Suite 200<br>    Las Vegas, NV 89102<br>    Telephone: (702)  248-3000<br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  8th day of May, 2019.

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2019, I electronically filed the foregoing **STIPULATION AND ORDER FOR EXTENSION FOR DEFENDANTS TO FILE ITS REPLY TO PLAINTIFF IRENE MICHELLE SCHWARTZ-TALLARD'S RESPONSE [ECF NO. 64] TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 56] (SECOND REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 7th day of May 2019.

*/s/Gaylene Kim*
An employee of SNELL & WILMER L.L.P.

4816-6557-0710