AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Irene Michelle Schwartz-Tallard

           Plaintiff,

v.

HSBC Bank USA, National Association, et al.,

           Defendants.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number:  2:17-cv-02328-RFB-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Court awards attorney's fees pursuant to Fed. R. Civ. P. 54(d)(2) and Nev. R. Civ. P. 68 in the amount of $10,224.10 to Defendants' counsel Snell & Wilmer L.L.P.

12/1/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk